GEORGE KONTZAMANYS, Respondent, v. TILLIE COHEN, as Administratrix, etc., and Another, Defendants, and TILLIE COHEN, Doing Business under the Name of AMERICAN STORE FIXTURE COMPANY, Appellant.— Order denying motion to dismiss supplemental complaint or, in the alternative, to direct plaintiff to state and number separately his causes of action and to strike out certain allegations, affirmed, with ten dollars costs and disbursements, with leave to appealing defendant to answer within twenty days from service of a copy of the order herein upon such payment. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

MARY O'KEEFE, as Administratrix, etc., of THOMAS P. O'KEEFE, Deceased, Respondent, v. WILLIAM HALSTEAD, Defendant, and JOHN HERBERT KING and WILLIAM SCOTT and JAMES T. SCOTT, Copartners, Doing Business under the Firm Name and Style of SCOTT BROS., Appellants.— Judgment and order unanimously affirmed, with costs, as to defendant King. No opinion. As to defendants Scott, judgment and order reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the verdict that the automobile was used and operated by King with the express or implied permission of defendants Scott was against the weight of the evidence. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.

WILLIAM L. POLLACK, as Guardian ad Litem of HAZEL MANNING, an Infant under the Age of Twenty-one Years, Appellant, v. COURT TAXI SERVICE, INC., Respondent. (Action No. 1.) — Order of the City Court of White Plains reversed upon the law, with ten dollars costs and disbursements, motion granted, with ten dollars costs, and the affirmative defense contained in the amended answer stricken out. The affirmative defense is insufficient. The complaint alleges that plaintiff is an infant. A defense of release is, therefore, insufficient without an allegation that plaintiff is not an infant. The defendant may have the privilege of serving an amended answer within ten days after the entry of the order upon this decision and service of a copy thereof upon the plaintiff upon payment of such costs and disbursements. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.